IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case Number 3:16cr76/MCR

JACK D. MESSERSCHMIDT
_____/

### FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On February 1, 2016, Seminole County Sheriff's Office Child Protective Investigator Christina Lopenzo received a report from the Mount Dora Police Department concerning a minor female involved in sex acts with an older male. The case involved victim E.R., date of birth XXXXXXX, 2000, and her reported relationship with JACK DAVID MESSERSCHMIDT, a male over 30 years old.

Through several text messages exchanged between E.R. and MESSERSCHMIDT, investigators were able to determine the nature of this relationship. For example, on December 13, 2015, MESSERSCHIMDT sent a text message to E.R. stating "I love making love to you, instead of just fucking some hot ck like I've always done." On or about December 16, 2015, E.R. sent MESSERSCHIMDT the following text message "I love you Jack."

1

MESSERSCHMIDT responded "I love you [E.R.]" and E.R. responded back "I love you more Jack."

Evidence reveals that, in December 2015, MESSERSCHMIDT picked up and drove E.R. to his residence located in Laurel Hill, Florida (in the Northern District of Florida) in order to spend the Christmas holiday with E.R. From approximately December 21-27, 2015, E.R. stayed with MESSERSCHMIDT and the two engaged in sexual intercourse in the Northern District of Florida, which was recorded by the defendant on his Samsung cellular device (which had travelled in interstate and foreign commerce).

E.R. signed a consent to search form for the Mount Dora Police Department to search her cellular telephones used to communicate with MESSERSCHMIDT. MESSERSCHMIDT had previously instructed E.R. to change his name to "David" in her cellular telephone contacts. During the forensic review, investigators identified the cellular telephone number associated with the contact name "David" in E.R.'s cellular telephone. This number is that of MESSERSCHMIDT's cellular telephone number. E.R. also provided investigators a copy of a birthday card, which was given to her by MESSERSCHMIDT for her 15th birthday in 2015. Written inside the card is "Happy 15th Bday my beautiful loving, wonderful girlfriend!!" During a digital forensic review of E.R.'s HTC cellular telephone and E.R.'s Samsung device, investigators located several images of E.R. and

2

MESSERSCHMIDT. The examination revealed numerous naked images of E.R. and numerous images of MESSERSCHMIDT, to include a picture of him holding his exposed penis. During the forensic review of E.R.'s cellular telephones, investigators also located videos that depict MESSERSCHMIDT and E.R. engaged in sexual activities in the Northern District of Florida. Both the HTC and Samsung cellular telephones are comprised of parts that have travelled in interstate or foreign commerce, and the aforesaid child pornographic images and videos were produced by the defendant.

For instance, on or about December 24, 2015, at 9:17:04 a.m., a video recording was produced by the defendant. In the video, the voices of MESSERSCHMIDT and E.R. are heard joking about creating "Jack's tube" (referring to a recording that may be uploaded to the internet such as YouTube). Approximately 27 seconds after this video was produced, a second video was produced by the defendant dated December 24, 2015, at 09:17:31 a.m. In this video, E.R. is positioned on her back being vaginally penetrated by MESSERSCHMIDT's penis. E.R's face and body are clearly seen while E.R. is laying on a bed with orange sheets and a green blanket. The defendant is producing this video of sexual intercourse with the minor on his cellular device.

In a video produced by the defendant on or about December 25, 2015, at 8:21:53 a.m., E.R is videoed lying on her stomach with her legs wrapped around a

pillow. E.R. is naked from the waist down and her vagina and anus are clearly visible during the video. The voice of MESSERSCHMIDT is heard throughout the video instructing E.R. to masturbate with the pillow. MESSERSCHMIDT's hand and arm are seen intermittently throughout the video grabbing and slapping E.R.'s buttocks. MESSERSCHMIDT digitally penetrated E.R.'s anus and stated "Got Ya!" In the video, a green blanket, headboard and metallic lamp are seen.

On September 1, 2016, MESSERSCHMIDT was arrested in his residence in Laurel Hill, Florida, on a Northern District of Florida complaint for the production and possession of child pornography. A search was conducted of his residence on said date pursuant to a federal search warrant. Agents located all the bedding/sheets that were seen in the produced child pornography. Moreover, the defendant was wearing the pajama bottoms that can be seen in said produced videos. Electronics were seized, to include the defendant's cellular telephone. A forensic review revealed pornographic images of the minor victim on the defendant's cellular telephone. Also located, examiners found non-contraband images of the minor victim and the defendant as well as chat/text communications between the defendant and the minor victim. The defendant admits he produced and possessed pornography involving E.R., the minor victim in the indictment, using his cellular device.

## Elements of the Offense

Eleventh Circuit Patter Jury Instructions (2016) O82 & O83.4A have been reviewed by the defendant along with his attorney. The defendant understands the elements the government must prove in this case.

CHRISTOPHER P. CANOVA
United States Attorney

*Randall Lockhart*
RANDALL S. LOCKHART
Assistant Federal Public Defender
Michigan Bar No. P58597
3 West Garden Street, Suite 200
Pensacola, Florida 32502
(850) 432-1418

DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

12/16/2016
Date

12/21/16
Date

*Jack Messerschmidt*
JACK D. MESSERSCHMIDT
Defendant

5